# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE NO. 25-510-1 |
| v. | |
| VIRGINIA BASORA GONZALEZ | CRIMINAL ACTION NO. 25-143 |

## O R D E R

**AND NOW**, this 25th day of April, 2025, upon consideration of Defendant Virginia Basora Gonzalez's Motion to Vacate the Pretrial Detention Order and for Pretrial Release (ECF No. 13), and all responses and replies thereto (ECF Nos. 19-21), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** in accordance with the accompanying Memorandum Opinion.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, J.